

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-21-00085-CV

**EX PARTE J.C.F., JR.**

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-07-0624-CVA
Honorable Walden Shelton, Judge Presiding

# O R D E R

Appellee's brief was due May 28, 2021. Neither the brief nor a motion for extension of time has been filed.

We **order** appellee's brief due **June 14, 2021**. If the brief is not filed by the date ordered, we may submit the case without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court